**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7605**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

CLINTON BERNARD FRAZIER-EL,

        Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William M. Nickerson, Senior District Judge.  (1:96-cr-00469-WMN-1)

Submitted:  November 17, 2009    Decided:  November 25, 2009

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clinton Bernard Frazier-El, Appellant Pro Se. Lynn Ann Battaglia, MARYLAND COURT OF APPEALS, Annapolis, Maryland; Jamie M. Bennett, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clinton Bernard Frazier-El appeals the district court's order denying his motion for a downward departure. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Frazier-El, No. 1:96-cr-00469-WMN-1 (D. Md. Aug. 13, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED